# United States Court of Appeals for the Fifth Circuit

---

No. 23-10005
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
June 7, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Christopher Lee Gonzales,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:16-CR-27-2

---

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:[*]

Christopher Lee Gonzales, federal prisoner # 54338-177, appeals the denial of his second motion for a reduction of his sentence (commonly known as a motion for compassionate release), filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Gonzales contends that the district court erred because it failed to consider whether his family circumstances, a change in the law

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10005

affecting his sentencing, his medical conditions, and his rehabilitation, when considered in the conjunctive, constituted extraordinary and compelling reasons warranting a sentence reduction.

Here, in addition to determining that Gonzales had failed to establish extraordinary and compelling reasons, the district court denied relief on the alternative ground that a sentence reduction was not warranted based on an application of the sentencing factors of 18 U.S.C. § 3553(a). We routinely affirm the denial of a compassionate release motion "where the district court's weighing of the [§] 3553(a) factors can independently support its judgment." *United States v. Jackson,* 27 F.4th 1088, 1092 (5th Cir. 2022).

As Gonzales raises no argument challenging the district court's independent determination that the § 3553(a) factors did not warrant a sentence reduction in his case, he has abandoned the issue. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Accordingly, the decision of the district court is AFFIRMED.